

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ENTERED
06/05/2013

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 11-10689 |
| GILBERTO SALDIVAR, SANDRA CANALES SALDIVAR, | § | CHAPTER 13 |
| | § | |
| Debtor(s). | § | JUDGE ISGUR |
| | § | |
| GILBERTO T SALDIVAR, *et al* | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| vs. | § | ADVERSARY NO. 12-01010 |
| | § | |
| JPMORGAN CHASE BANK, N.A., *et al* | § | |
| | § | |
| Defendant(s). | § | |

## ORDER

Pursuant to the Memorandum Opinion issued on this date, JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company's Joint Motion to Dismiss Complaint, (ECF No. 9), is granted, in part, and denied, in part.

The Motion is granted with respect to the following claims:

1. The Saldivars' objection to Chase's Proof of Claim as it relates to allegations of double property taxes, inflated inspection fees, and inflated appraisal fees.

2. The Saldivars' claims under the Texas Debt Collection Act as they relate to double property taxes, inflated inspection fees, and inflated appraisal fees.

3. The Saldivars' claims under the Real Estate Settlement Procedures Act.

The Motion is denied with respect to all other claims.

SIGNED **June 5, 2013.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE