IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GILBERTO T. SALDIVAR, AND | § | |
| SANDRA SALDIVAR, | § | CASE NO. 11-10689 |
| | § | |
| DEBTORS | § | |
| GILBERTO T. SALDIVAR, and | § | |
| SANDRA SALDIVAR | § | |
|     PLAINTIFFS, | § | |
| | § | |
| vs. | § | ADV. NO. 12-01010 |
| | § | |
| JPMORGAN CHASE BANK, N.A., and | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| COMPANY | § | |
|     DEFENDANTS | § | |

## ORDER CONTINUING ADVERSARY PENDING APPROVAL OF SETTLEMENT AGREEMENT

On this day came on for consideration the Notice of Settlement and Agreed Motion to Abate or Continue Trial Date Pending Approval of Settlement Agreement ("Motion") filed by the Debtors and Defendants seeking the Court to continue or abate the trial of this adversary to allow the consideration the parties' settlement agreement. The Court finds that the Motion is well-taken and should be granted. **IT IS THEREFORE**

**ORDERED** that the Motion is granted. **IT IS FURTHER**

**ORDERED** that the trial of the above referenced adversary proceeding is reset to _____ \_\_\_\_, 2014. **IT IS FURTHER,**

**ORDERED**, that a pre-trial conference for the above referenced adversary proceeding is set for _____ \_\_\_, 2014.

**ORDER CONTINUING ADVERSARY PENDING APPROVAL OF SETTLEMENT AGREEMENTPAGE 1**

Date: _____

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE